PROB 12C
(7/93)

Report Date: March 29, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 0 1 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Arnulfo Ricardo Martinez        Case Number: 2:06CR02119-001

Address of Offender: Yakima County Jail, Yakima, WA

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 21, 2007

| | | |
|---|---|---|
| Original Offense: | Ct. 1: Conspiracy to Distribute a Controlled Substance - Heroin, 21 U.S.C. § 846;<br>Ct. 2: Possession with Intent to Distribute a Controlled Substance, 21 U.S.C. § 841 | |
| Original Sentence: | Prison - 70 Months;<br>TSR - 60 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | TBD | Date Supervision Commenced: July 15, 2011 |
| Defense Attorney: | TBD | Date Supervision Expires: July 14, 2016 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On March 26, 2013, the defendant was arrested by the Yakima Police Department, in Yakima, Washington, and charged with possession of a controlled substance - heroin, case number 13Y-010897.<br><br>The police report regarding this matter is forthcoming. The defendant also has a U.S. Immigration and Customs Enforcement (ICE) hold. |

Case 2:06-cr-02119-WFN   Document 128   Filed 04/01/13

Prob12C
**Re: Martinez, Arnulfo Ricardo**
**March 29, 2013**
**Page 2**

| | |
|---|---|
| 2 | **Special Condition # 14**: You are prohibited from returning to the United States without advance legal permission from the United States Attorney General or his designee. Should you reenter the United States, you are required to report to the probation office within 72 hours of reentry. |

**Supporting Evidence**: The defendant illegally reentered the U.S. without permission on or about March 26, 2013, as noted in violation 1. According to ICE, the defendant was deported to Mexico on July 15, 2011, at Del Rio, Texas, and has not obtained permission to reenter the U.S.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   03/29/2013

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

April 1, 2013
Date